# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar #, and address) | | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER F. STUART, ESQ     CSBN: 96141 <br> WILLOUGHBY, STUART, BENING & COOK, INC. <br> 50 WEST SAN FERNANDO STREET, SUITE 400 <br> SAN JOSE, CA 95113 <br> Telephone: (408) 289-1972 <br> ATTORNEY FOR: PLAINTIFF | | **FILED** <br><br> 2018 FEB -6 P 3: 04 <br><br> CLERK OF THE COURT <br> SUPERIOR COURT OF CA <br> COUNTY OF SANTA CLARA <br> BY R. Jimenez DEPUTY |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA <br> IN AND FOR THE COUNTY OF SANTA CLARA <br> 191 NORTH FIRST STREET <br> SAN JOSE, CA 95113 | | |
| PLAINTIFF: PEGATRON TECHNOLOGY SERVICE, INC. <br><br> DEFENDANT: ZURICH AMERICAN INSURANCE COMPANY, ET AL. | | CASE NUMBER: <br> 17CV321098 |
| PROOF OF SERVICE OF SUMMONS | | Ref No. or File No.: <br> 2633.13164S |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   SUMMONS; COMPLAINT FOR DAMAGES; CIVIL LAWSUIT NOTICE; ADR INFORMATION SHEET

3. a. Party served:     AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION

   b. Person served:    SANDRA FARNETH, AUTHORIZED TO ACCEPT

4. Address where         CSC - LAWYERS INCORPORATING SERVICE
   party was served:     2710 GATEWAY OAKS DRIVE, SUITE 150N
                         SACRAMENTO, CA 95833

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on 2/5/2018 at 1:05PM.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   ON BEHALF OF: AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION  UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION: 416.10 (CORPORATION)

7. Person who served papers:    JEREMY GLAZE



COUNTY LEGAL
& NOTARY SERVICE

County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

The fee for service was:
I am a registered California process server: INDEPENDENT CONTRACTOR
Registration No.: 2011-65
County: SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 5, 2018                Signature: _Jeremy Glaze_
                                                    JEREMY GLAZE

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]