# EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar, and address): | | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER F. STUART, ESQ | CSBN: 96141 | |
| WILLOUGHBY, STUART, BENING & COOK, INC. | | |
| 50 WEST SAN FERNANDO STREET, SUITE 400 | | |
| SAN JOSE, CA 95113 | | FILED |
| Telephone: (408) 289-1972 | | |
| ATTORNEY FOR: PLAINTIFF | | 2018 FEB -6 P 3: 04 |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA | | |
| IN AND FOR THE COUNTY OF SANTA CLARA | | CLERK OF THE COURT |
| 191 NORTH FIRST STREET | | SUPERIOR COURT OF CA |
| SAN JOSE, CA 95113 | | COUNTY OF SANTA CLARA |
| | | BY H. Jimenez DEPUTY |
| PLAINTIFF: PEGATRON TECHNOLOGY SERVICE, INC. | | CASE NUMBER: 17CV321098 |
| DEFENDANT: ZURICH AMERICAN INSURANCE COMPANY, ET AL. | | |
| PROOF OF SERVICE OF SUMMONS | | Ref No. or File No.: 2633.13164S |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

    SUMMONS; COMPLAINT FOR DAMAGES; CIVIL LAWSUIT NOTICE; ADR INFORMATION SHEET

3. a. Party served:    ZURICH AMERICAN INSURANCE COMPANY, A NEW YORK CORPORATION

    b. Person served:   SANDRA FARNETH, AUTHORIZED TO ACCEPT

4. Address where
   party was served:   CSC - LAWYERS INCORPORATING SERVICE
                       2710 GATEWAY OAKS DRIVE, SUITE 150N
                       SACRAMENTO, CA 95833

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on 2/5/2018 at 1:05PM.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    ON BEHALF OF: ZURICH AMERICAN INSURANCE COMPANY, A NEW YORK CORPORATION UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION: 416.10 (CORPORATION)

BY FAX

7. Person who served papers:    JEREMY GLAZE



County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

The fee for service was:
I am a registered California process server: INDEPENDENT CONTRACTOR
Registration No.: 2011-65
County: SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 5, 2018        Signature: _Jeremy Glaze_
                                          JEREMY GLAZE

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER F. STUART, ESQ    CSBN: 96141<br>WILLOUGHBY, STUART, BENING & COOK, INC.<br>50 WEST SAN FERNANDO STREET, SUITE 400<br>SAN JOSE, CA 95113<br>Telephone: (408) 289-1972<br>ATTORNEY FOR: PLAINTIFF | | **FILED**<br>2018 FEB -6 P 3: 04<br>CLERK OF THE COURT<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>BY R. Jimenez DEPUTY |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>IN AND FOR THE COUNTY OF SANTA CLARA<br>191 NORTH FIRST STREET<br>SAN JOSE, CA 95113 | | |
| PLAINTIFF: PEGATRON TECHNOLOGY SERVICE, INC.<br>DEFENDANT: ZURICH AMERICAN INSURANCE COMPANY, ET AL. | | CASE NUMBER:<br>17CV321098 |
| PROOF OF SERVICE OF SUMMONS | | Ref No. or File No.:<br>2633.13164S |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   SUMMONS; COMPLAINT FOR DAMAGES; CIVIL LAWSUIT NOTICE; ADR INFORMATION SHEET
3. a. Party served: AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION
   b. Person served: SANDRA FARNETH, AUTHORIZED TO ACCEPT
4. Address where party was served:
   CSC - LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE, SUITE 150N
   SACRAMENTO, CA 95833
5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on 2/5/2018 at 1:05PM.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   ON BEHALF OF: AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION  UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION: 416.10 (CORPORATION)

7. Person who served papers: JEREMY GLAZE


COUNTY LEGAL
& NOTARY SERVICE

County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

The fee for service was:
I am a registered California process server: INDEPENDENT CONTRACTOR
Registration No.: 2011-65
County: SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 5, 2018       Signature: _Jeremy Glaze_
                                         JEREMY GLAZE

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

BY FAX