# EXHIBIT E

SUSAN KOEHLER SULLIVAN, State Bar No. 156418
susan.sullivan@clydeco.us
CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone:    (415) 365-9800
Facsimile:     (415) 365-9801

Attorney for Defendants
ZURICH AMERICAN INSURANCE COMPANY
and AMERICAN GUARANTEE & LIABILITY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGATRON TECHNOLOGY SERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a New York corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>[State Court Case No. 17CV321098, Santa Clara County, filed 12/27/2017]<br><br>**DECLARATION OF TERESE KERRIGAN IN SUPPORT OF REMOVAL BY DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY**<br><br>[28 U.S.C. § 1441(b) (Diversity)]<br><br>FSC Date:        None Set<br>Trial Date:       None Set<br>Action Filed:    12/27/2017 |

3619861

1

Case No.

### DECLARATION OF TERESE KERRIGAN

I, Terese Kerrigan, declare as follows:

1. I am a Senior Claims Specialist handling claims for Defendant American Guarantee and Liability Insurance Company ("AGLIC"), among other companies that are part of Zurich North America. I am authorized to make this declaration on behalf of AGLIC and make this declaration based on my own knowledge, as well as knowledge I obtained from my review of the business records generated and maintained by AGLIC in the ordinary course of business. If called as a witness, I could and would testify competently to the following matters.

2. On or about February 22, 2016, Pegatron Technology Service, Inc. ("PTSI") sent insurers, including AGLIC, notification of a claim by a Jane Doe against their Customer, arising from an incident on January 14, 2016 (the "Incident"), including the Customer's claim for indemnification against PTSI. I am aware of the identities of Jane Doe and Customer, but their identities are confidential as alleged in the Complaint.

3. After PTSI's Customer settled with Jane Doe, PTSI entered into a settlement with its Customer to indemnify the Customer for the Incident.

4. All of the settlements relating to the Incident were represented to be highly confidential. Although I am aware of the amount of PTSI's settlement with its Customer, which is the subject of PTSI's lawsuit, in light of the confidentiality provisions AGLIC will not disclose the amount of the subject settlement except to represent that it is well in excess of $75,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed on March 6, 2018, at Jersey City, NJ.

_____
Terese Kerrigan

3619861                                                2                                                    Case No.