# EXHIBIT F

## DECLARATION OF PAUL E. GLOVER

I, Paul E. Glover, declare as follows:

1. I am over 21 years of age and am competent to give this declaration.

2. Except where otherwise stated, I have personal knowledge of the facts set forth in this declaration, all of which I believe to be true and correct.

3. I am a Senior Consultant for Product Management and Development for Verizon. I have been with Verizon or its predecessor companies for the past thirty years. For the past fifteen years, my responsibilities have included managing various aspects of billing and collection services provided by Verizon to third parties, such as to Enhanced Services Billing, Inc. ("ESBI"), including account management support, IT product enhancements and repairs, and management of regulatory and legal issues related to billing and collection services.

4. I have reviewed Verizon's records for charges billed by Verizon on behalf of ESBI to landline telephone subscribers in California from March 1, 2006 to the present. The records show that these subscribers were billed more than $5,000,000, exclusive of fees and interest, from March 1, 2006 until the present for ESBI charges. The records also show that the number of Verizon landline subscribers in California that were billed for ESBI charges during this period exceeds 100.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 25, 2010, at Boston, Massachusetts.

_____
Paul E. Glover

10269865.1 — - 1 - — GLOVER DECLARATION IN SUPPORT OF NOTICE OF REMOVAL