ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
SUZANNE P. MARINKOVICH (CA SBN 311287)
SMarinkovich@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130
Telephone: 858.720.5100
Facsimile:  858.720.5125

Attorneys for Non-Party
CUSTOMER

FILED

MAY 07 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGATRON TECHNOLOGY SERVICE, INC., an Indiana corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a New York corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 5:18-cv-01477-LHK<br><br>**DECLARATION OF ERIN M. BOSMAN IN SUPPORT OF NON-PARTY CUSTOMER'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Civil L.R. 7-11]<br><br>Final Pretrial Conf. Date: 10/24/2019<br>Trial Date: 11/18/2019<br>Action Filed: 12/27/2017 |



1     I, Erin M. Bosman, declare as follows.

2     1.    I am a partner with the law firm of Morrison & Foerster LLP, counsel for

3 Customer, who is a non-party to this matter and shall be referred to as "Customer" for the

4 protection of Customer's privacy interests. I am an attorney licensed to practice law in the State

5 of California.

6     2.    I make this declaration in support of Customer's Administrative Motion to File

7 Under Seal and based on my personal knowledge.

8     3.    On May 6, 2019, counsel for Defendant American Guarantee & Liability

9 Insurance Company ("AGLIC") informed me by e-mail that AGLIC would not oppose

10 Customer's motion to file portions of the Joint Discovery Letter under seal.

11     4.    I have reviewed the Joint Discovery Letter Regarding Rule 45 Deposition

12 Subpoenas to Customer (the "Joint Discovery Letter") and Exhibits 1 and 2 to the Joint Discovery

13 Letter.

14     5.    The highlighted portions of the Joint Discovery Letter contain confidential and

15 highly sensitive information about the settlement agreement underlying the dispute that parties

16 agreed to keep confidential. Customer's request is narrowly tailored to seal only that information

17 that has not already been made public through other filings. Customer's request is focused on

18 detailed information relating to the facts surrounding the settlement agreement and negotiations

19 that have not become public. If this information were made public, it could irreparably harm

20 Customer.

21     6.    Public disclosure of the confidential information would result in the invasion of

22 Jane Doe's privacy. All parties have gone to great lengths to protect the confidentiality of Jane

23 Doe's identity and to protect her privacy. Customer's request would protect Jane Doe from

24 annoyance, embarrassment, oppression, or undue burden.

25     7.    Exhibit 1 attached to the Joint Discovery Letter contains Customer's identity and

26 business address, which the parties have agreed to keep confidential. It also contains topics for

27 examination, several of which relate to and disclose information about the underlying settlement

28 that the parties agreed to keep confidential. Public disclosure of the confidential information

1 would violate the confidentiality provision in the settlement agreement and result in disclosure of
2 highly sensitive and confidential information that would cause substantial business harm to
3 Customer. Customer's request is narrowly tailed to only the information that could identity
4 Customer.

5      8.    Exhibit 2 attached to the Joint Discovery Letter contains the identity of Customer's
6 in-house attorney and Customer's business address. Public disclosure of the confidential
7 information would violate the confidentiality provision in the settlement agreement and result in
8 disclosure of highly sensitive and confidential information that would cause substantial business
9 harm to Customer. Customer's request is narrowly tailed to only the information that could
10 identity Customer or its in-house attorney.

11

12      I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct, and that this Declaration was signed on this 6th day of May, 2019,
14 in San Diego, California.

15
16                       Erin M. Bosman
17
18
19
20
21
22
23
24
25
26
27
28