**RECEIVED**
**MAY 07 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGATRON TECHNOLOGY SERVICE, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a New York corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01477-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY CUSTOMER'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Civil L.R. 7-11]<br><br>Final Pretrial Conf. Date: 10/24/2019<br>Trial Date: 11/18/2019<br>Action Filed: 12/27/2017 |

Upon consideration of Non-Party Customer's Administrative Motion to File Under Seal, and finding that good cause has been shown pursuant to Local Rule 79-5, this Court hereby GRANTS Non-Party Customer's Administrative Motion and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Discovery Letter | Highlighted portions on pages 4-8. | Non-Party Customer |
| Exhibit 1 to the Joint Discovery Letter | Highlighted portions on pages 2-6, 9-11, and 21. | Non-Party Customer |
| Exhibit 2 to the Joint Discovery Letter | Highlighted portions on pages 2-4 and 7. | Non-Party Customer |

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING CUSTOMER'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:18-cv-01477-LHK
sd-736246

1